# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

148412-3 & (89)

EMILY KINCAID,
      Plaintiff-Appellee/
      Cross-Appellant,

v

ROBERT CROSKEY and WOLPIN
COMPANY, d/b/a TRI-COUNTY
BEVERAGE COMPANY/WAYNE
COUNTY,
      Defendants-Appellants/
      Cross-Appellees,

and

EXAMWORKS,
      Nonparty-Appellee/
      Cross-Appellee.
_____/

SC: 148412
COA: 310148
Wayne CC: 11-004918-NI

EMILY KINCAID,
      Plaintiff-Appellee/
      Cross-Appellant,

v

ROBERT CROSKEY and WOLPIN
COMPANY, d/b/a TRI-COUNTY
BEVERAGE COMPANY/WAYNE
COUNTY,
      Defendants-Appellants/
      Cross-Appellees,

and

CLIFFORD LEE, JR.,
      Intervening Plaintiff.
_____/

SC: 148413
COA: 311857
Wayne CC: 11-004918-NI

On order of the Court, the application for leave to appeal the November 21, 2013 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2015



Clerk

a0831